IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| OSCAR M. GONZALEZ, § § | |
| Plaintiff, § § | |
| v. § | Cause Number: 3:16-CV-00006-DB |
| § § | |
| INMAN TRUCKING, INC. and § JAMES PERRY LASSITER, § § | |
| Defendants. § § | |

**ORDER GRANTING DEFENDANTS INMAN TRUCKING, INC. AND JAMES PERRY LASSITER'S MOTION TO COMPEL MEDIATION**

On this day came on to be heard Defendants' Motion to Compel Mediation. After reviewing the pleadings, and hearing the argument of counsel, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the parties shall mediate the instant case in good faith on or before _____.

SIGNED on this _____ day of _____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**